**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

VICKYE SHACKELFORD                                                                    PLAINTIFF

v.                                              2:05CV00199 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                 DEFENDANT

**ORDER**

Defendant has filed an Unopposed Motion to Remand (docket entry #8). Defendant intends to conduct a *de novo* hearing because the recording of the administrative hearing is partially or totally blank.

In pertinent part, 42 U.S.C. § 405(g) (1995) provides the following:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

Under the circumstances, there is good cause shown, and a remand is proper.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Remand (docket entry #8) is hereby GRANTED, and this case is remanded to the Commissioner. This is a "sentence six" remand.

IT IS FURTHER ORDERED that the Clerk shall administratively close this file.

DATED this 19th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE