# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

VICKYE SHACKELFORD                                                                    PLAINTIFF

VS.                                    NO. 2:05CV00199 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                            DEFENDANT

## ORDER OF DISMISSAL

Plaintiff has filed a Motion to Dismiss (docket entry #10) stating that Defendant has agreed to pay benefits to Plaintiff.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss (docket entry #10) is hereby GRANTED.  Judgment will be entered accordingly.

Dismissal is without prejudice to the subsequent filing for attorney fees under the Equal Access to Justice Act by counsel for Plaintiff.

Dated this 30th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.  He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P 25(d)(1).

1