# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

VICKYE SHACKELFORD                                                              PLAINTIFF

VS.                                    NO. 2:05CV00199 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration[1]                                                      DEFENDANT

<u>JUDGMENT</u>

Pursuant to the Order of Dismissal filed this date, Judgment is entered dismissing this case.

IT IS SO ADJUDGED this 30th day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.  He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P 25(d)(1).