**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

VICKYE SHACKLEFORD                                                   PLAINTIFF

V.                                2:05CV00199 JTR

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                  DEFENDANT

## JUDGMENT

On June 19, 2006, the Court entered an Order (docket entry #9) remanding this case, pursuant to sentence six, to the Commissioner for further administrative proceedings on Plaintiff's claim for social security benefits. On December 26, 2006, an Administrative Law Judge entered a decision in favor of Plaintiff, which awarded her the requested benefits.

Consistent with the final decision of the Commissioner in the administrative proceeding, Judgment is hereby entered in favor of Plaintiff and against Defendant.

IT IS SO ADJUDGED this 26th day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE